# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EUGENE ADAMS. <br><br> Plaintiff <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No: 2:16-cv-08624 <br><br> **AMENDED JUDGMENT** |

Having approved the Amended Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Amended Order Of Remand.

DATE: November 14, 2017

HONORABLE DOUGLAS F. MCCORMICK
United States Magistrate Judge

-1-